**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 95-7501**

―――――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH HARRIS, JR.,

Defendant - Appellant.

―――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Richard B. Kellam, Senior District Judge.  (CR-93-25-NN, CA-95-78-4)

―――――――――――――

Submitted:  March 21, 1996          Decided:  April 4, 1996

―――――――――――――

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Joseph Harris, Jr., Appellant Pro Se.  Arenda L. Wright Allen, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Harris</u>, Nos. CR-93-25-WN; CA-95-78-4 (E.D. Va. Aug. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>